■ In the Matter of WILLIAM GRANT, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [784 NYS2d 427]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered April 30, 2004) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Pine, J.P., Hurlbutt, Scudder, Martoche and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH SCOTT, Appellant. [784 NYS2d 427]—Appeal from a judgment of the Wyoming County Court (Mark H. Dadd, J.), rendered November 13, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed for reasons stated in decision at suppression court. Present—Pine, J.P., Hurlbutt, Scudder, Martoche and Lawton, JJ.